# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **KORDELL T. SHARP,** | : |
| Petitioner, | : |
| vs. | : CIVIL ACTION NO. 09-0188-CG-C |
| **UNITED STATES OF AMERICA,** | : CRIMINAL ACTION NO. 06-0176-CG |
| | : |
| Respondent. | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated August 7, 2009 is **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this 3rd day of September, 2009.

/s/ Callie V. S. Granade
**CHIEF UNITED STATES DISTRICT JUDGE**