# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **KORDELL T. SHARP,** | : |
| Petitioner, | : |
| vs. | : CIVIL ACTION NO. 09-0188-CG-C |
| **UNITED STATES OF AMERICA,** | : CRIMINAL ACTION NO. 06-0176-CG |
| | : |
| Respondent. | |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that petitioner's motion to vacate, set aside or correct sentence, filed pursuant to 28 U.S.C. § 2255, be **DENIED**.

**DONE and ORDERED** this 3rd day of September, 2009.

/s/ Callie V. S. Granade
**CHIEF UNITED STATES DISTRICT JUDGE**